DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES RUDOLPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1791

[August 9, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 50-2017-CF-006470-AXXX-MB.

Charles Rudolph, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***